ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

APR 28 2026

Kevin P. Weimer, Clerk
By: [signature] Deputy Clerk



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

UNITED STATES OF AMERICA

v.

TERRANCE CULBERSON

Criminal Indictment

No. 4:26-CR-0016

THE GRAND JURY CHARGES THAT:

### Count One

Beginning on a date unknown, but at least by in or about June 2024, and continuing through on or about November 7, 2024, in the Northern District of Georgia, and elsewhere, the defendant,

TERRANCE CULBERSON,

did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with others known and unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is, to knowingly and intentionally possess with intent to distribute a controlled substance, said conspiracy involving at least 50 grams of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 846.

### Count Two

On or about November 7, 2024, in the Northern District of Georgia, the defendant, TERRANCE CULBERSON, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving at least 50 grams of

methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 841(a)(1).

## Prior Conviction Notice

Before the defendant, TERRANCE CULBERSON, committed the offenses charged in Counts One and Two of this Indictment, TERRANCE CULBERSON was convicted of Trafficking Methamphetamine, in the Superior Court of Gordon County, Georgia, a serious drug felony, for which he served more than 12 months of imprisonment, and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## Count Three

On or about November 7, 2024, in the Northern District of Georgia, the defendant, TERRANCE CULBERSON, did knowingly possess a firearm, that is, a Ruger, model Security-9, 9mm pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to possess with the intent to distribute a controlled substance and possession with intent to distribute a controlled substance, as set forth in Counts One and Two of this Indictment, respectively, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## Count Four

On or about November 7, 2024, in the Northern District of Georgia, the defendant, TERRANCE CULBERSON, did knowingly possess a machine gun, that

2

is, a privately manufactured M-16 type variant with an automatic sear, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to possess with the intent to distribute a controlled substance and possession with intent to distribute a controlled substance, as set forth in Counts One and Two of this Indictment, respectively, in violation of Title 18, United States Code, Section 924(c)(1)(B)(ii).

### Count Five

On or about November 7, 2024, in the Northern District of Georgia, the defendant, TERRANCE CULBERSON, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, at least one of the following offenses:

- Trafficking Methamphetamine and Possession of a Firearm by a Convicted Felon, on or about November 21, 2013, in the Superior Court of Gordon County, Georgia;

- Theft by Receiving Stolen Property and Fleeing/Attempting to Elude Officer, on or about May 9, 2007, in the Superior Court of Floyd County, Georgia;

- Possession of Methamphetamine and Possession of a Firearm by a Convicted Felon, on or about May 1, 2009, in the Superior Court of Floyd County, Georgia;

- Fleeing/Attempting to Elude Officer, on or about October 25, 2013, in the Superior Court of Floyd County, Georgia; and,

3

- Theft by Receiving Property Stolen in Another State, on or about July 3, 2014, in the Superior Court of Gordon County, Georgia,

did knowingly possess a firearm, that is, at least one of the following:

- a Ruger, model Security-9, 9mm caliber pistol;
- a Remington, model 700, .22-250 caliber rifle;
- a Savage Arms, model 110, .30-06 caliber rifle;
- a Smith and Wesson, model MP 57, 5.7x28mm caliber pistol;
- a Rohm, model RG17, .38 caliber pistol; and
- a Ruger, model Mark 3 Hunter, .22 caliber pistol,

said possession being in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

## Count Six

On or about November 7, 2024, in the Northern District of Georgia, the defendant, TERRANCE CULBERSON, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess an explosive, that is, Atlas Rockmaster blasting caps, which had been shipped and transported in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 842(i)(1).

## Count Seven

On or about November 7, 2024, in the Northern District of Georgia, the defendant, TERRANCE CULBERSON, did knowingly possess at least one machinegun, as defined in Title 18, United States Code, Section 921(a)(24) and

4

Title 26, United States Code, Section 5845(b), that is, a privately manufactured M-16 type variant with an automatic sear, a part designed and intended solely and exclusively for use in converting a weapon into a machinegun, in violation of Title 18, United States Code, Section 922(o).

## Forfeiture

Upon conviction of one or more of the offenses alleged in Counts One through Two of this Indictment, the defendant, TERRANCE CULBERSON, shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including but not limited to, the following:

MONEY JUDGMENT:    A sum of money in United States currency representing the amount of proceeds obtained as a result of each offense alleged in Counts One through Two of this Indictment.

Upon conviction of one or more of the offenses alleged in Counts Three through Seven of this Indictment, the defendant, TERRANCE CULBERSON, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offenses.

Upon conviction of the offense alleged in Count Six of this Indictment, the defendant, TERRANCE CULBERSON, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28,

5

United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, and pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of the offense, including, but not limited to, the following:

> MONEY JUDGMENT:    A sum of money in United States currency representing the amount of proceeds obtained as a result of the offense alleged in Count Six of this Indictment.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

A _____Trus_____ BILL

_____
FOREPERSON

THEODORE S. HERTZBERG
 *United States Attorney*

*Calvin A. Leipold, AAA*

CALVIN A. LEIPOLD, III
 *Assistant United States Attorney*
Georgia Bar No. 442379

MICHAEL F. SMITH
 *Assistant United States Attorney*
Georgia Bar No. 557280

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

7